Donald R. McPhail
Alexander B. Englehart
MERCHANT & GOULD P.C.
1900 Duke Street, 6th Floor
Alexandria, Virginia 22314
Phone: (703) 684-2500
Fax: (612) 332-9081
dmcphail@merchantgould.com
aenglehart@merchantgould.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
Austin Division

| | |
|---|---|
| SHAANXI YAN YU MENG SHENG TRADING CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CIXI BOSHENG PLASTIC CO., LTD., <br><br> Defendant | Case No.: 25-cv-1139 <br><br> COMPLAINT FOR DECLARATORY JUDGMENT <br><br> JURY TRIAL DEMANDED |

This is an action brought under the Declaratory Judgment Act by Plaintiff Shaanxi Yan Yu Meng Sheng Trading Co., Ltd. ("Plaintiff" or "Yan Yu Meng Sheng"), against Defendant Cixi Bosheng Plastic Co., Ltd. ("Defendant" or "Bosheng"), seeking a declaration that Plaintiff's cleaning tools (mop and bucket) do not directly or indirectly infringe any enforceable claim of U.S. Patent No. 12,096,900 B1 (the "'900 patent").

## INTRODUCTION AND NATURE OF THE ACTION

1.    Yan Yu Meng Sheng conducts business through a storefront on Amazon.com ("Amazon"), offering cleaning tools for sale, including those identified by Amazon Standard

Identification Numbers (ASINs) B0DPWDQKLS and B0DPWGYKK3 (collectively, the "Accused Products" or "Mop and Bucket").

2.      On July 3, 2025, Yan Yu Meng Sheng received a notice from Amazon stating that Amazon had received a report from Bosheng alleging that the Accused Products infringe the '900 patent (attached hereto as Exhibit A). The notice included an executed Amazon Patent Evaluation Express (APEX) Agreement (attached hereto as Exhibit B) and indicated that Yan Yu Meng Sheng may resolve the controversy with Bosheng through a federal district court action; otherwise, Amazon would remove the Accused Product listing from its platform.

3.      Bosheng's action has caused, and continues to cause, significant harm to Yan Yu Meng Sheng, as the Accused Product is at risk of being removed from Amazon due to Bosheng's purported enforcement of the '900 patent.

4.      This action arises under the United States Patent Act, 35 U.S.C. § 1 et seq., and the Declaratory Judgment Act, 28 U.S.C. §2201 et seq.

## PARTIES

5.      Plaintiff Shaanxi Yan Yu Meng Sheng Electronic Co., Ltd., is a limited liability company organized and existing under the laws of People's Republic of China, having its principal place of business at No. 5699, 2nd Floor, Building 4, Free Trade Industrial Park, Zhenghe Si Road, Fengdong New City, Xixian New Area, Xi'an, Shaanxi, China 710000.

6.      Upon information and belief, Defendant Cixi Bosheng Plastic Co., Ltd. is a limited liability company organized and existing under the laws of People's Republic of China, having its principal place of business at No. 1008, Chaosheng Road, Binhai Economic Development Area, Cixi, Zhejiang, China 315331.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JURISDICTION AND VENUE**

7.      This action arises under, *inter alia*, the patent laws of the United States, Title 35, United States Code. The jurisdiction of This Court is proper under at least 28 U.S.C. §§ 2201, 2202, 1331, 1338(a).

8.      This Court has personal jurisdiction over Bosheng. Bosheng purposefully directed its enforcement activities at Yan Yu Meng Sheng in Texas by invoking Amazon's APEX process against Yan Yu Meng Sheng's Amazon listings for the Mop and Bucket, knowing that if Yan Yu Meng Sheng took no action, those Texas-accessible listings would be removed—thereby adversely affecting Yan Yu Meng Sheng's sales and activities in Texas. Yan Yu Meng Sheng's claim of non-infringement arises out of Bosheng's submission of the APEX Agreement targeting these Texas-related listings. Under these circumstances, the assertion of specific personal jurisdiction over Bosheng in Texas would be fair and reasonable. Thus, this Court has proper personal jurisdiction over Bosheng. *See*, *e.g.*, *SnapRays v. Lighting Defense Group*, 100 F.4th 1371 (Fed. Cir. 2024) (holding that a district court could exercise personal jurisdiction over a declaratory judgment defendant based on the defendant's sending an APEX agreement to the declaratory judgment plaintiff).

9.      Texas's long-arm statute enables the State's courts to exercise personal jurisdiction over Bosheng. *See* Tex. Civ. Prac. & Rem. Code §§ 17.041–17.045.

10.      Venue is proper in this District pursuant to 28 U.S.C. §1391(b) because a substantial part of the events giving rise to this action took place within this District.

**FACTUAL ALLEGATIONS**

11.      Amazon offers a low-cost procedure called the Amazon Patent Evaluation Express (APEX) "[t]o efficiently resolve claims that third-party product listings infringe utility

COMPLAINT FOR DECLARATORY JUDGMENT    -3-

patents." (*see* Exhibit C). Under APEX, a neutral evaluator reviews a patent infringement claim against a third-party product sold on Amazon, and if there is likely infringement, Amazon removes the listing from Amazon. To initiate an evaluation under APEX, a patent owner executes an APEX Agreement to Amazon which identifies one claim of a patent and up to 10 allegedly infringing products with ASINs.

12.    On July 3, 2025, Yan Yu Meng Sheng received a notice from Amazon, with an executed APEX agreement, stating that Amazon had received a report from Bosheng alleging that the Mop and Bucket with ASINs B0DPWDQKLS and B0DPWGYKK3 have infringed U.S. Patent No. 12,096,900.

**A.    The Asserted Bosheng Patent**

13.    The '900 patent relates to a mop bucket for cleaning and squeezing a flat mop.

14.    Claim 1 of the '900 patent recites:

1. A cleaning tool, comprising: a flat mop, a mop bucket, and a squeezing device at the top of the mop bucket, wherein

the flat mop comprises a mop rod, a mop head, and a wiper, a front surface of the mop head rotatably attached to the mop rod, and the wiper is disposed on a back surface of the mop head;

the mop bucket has a cleaning section and a squeezing water section being physically independent and separated with each other;

the squeezing device comprises a frame and a squeezer, the squeezer is installed on the frame, the frame has a squeezing port for receiving the flat mop, and the squeezer is provided in a side of the squeezing port for squeezing the wiper;

during cleaning and during squeezing, the mop head is rotated into a direction where a length of the mop head is along with a length of the mop rod;

during cleaning, the mop head and the mop rod is inserted into the squeezing port, and the flat mop is capable of moving up and down into the cleaning section through the squeezing port to squeeze for cleaning the wiper by the squeezer;

during squeezing, the mop head and the mop rod is inserted into the squeezing port, and the flat mop is capable of moving up and down into squeezing water section through the squeezing port to squeeze water out of the wiper by the squeezer; and

during squeezing or cleaning, the flat mop moves down until the mop head touching a bottom of the mop bucket, a length of the mop head is matched with a height from the bottom of the mop bucket touching the mop head to the squeezer, so that when the flat mop is inserted into the squeezing port to squeeze for cleaning the wiper or squeeze water out of the wiper, the wiper will be fully cleaned or squeezed.

**B.    The Accused Products**

15.    The Accused Products consist of two ASINs, B0DPWDQKLS and B0DPWGYKK3. Because they differ only trivially in appearance, the following description of their structure and function applies to both.

16.    The Figure 1 below is a top view of the accused products, which includes a mop bucket, a squeezing device and a mop (not shown). The mop bucket is divided into the cleaning section and the squeezing water section.

17.    A single monolithic frame is disposed on top of the mop bucket, with two squeezers mounted on the sidewalls—one for the cleaning section and one for the squeezing water section. Both the squeezers have a slanted surface in the non-operating state.

18.    The squeezer for the squeezing water section can rotate about its axially, as indicated by the arrow in Figure 1.



Figure 1. Cleaning tool without the mop

19.    When the mop moves downward, the squeezer (positioned as shown in Figure 1 and blocked by a limiting device) uses its end edge to squeeze the mop, wringing out the water (as illustrated in Figure 2A).



when mop moves
<u>downward</u>, squeezing
water

Figure 2A. Cleaning tool in
operation, mop down

20.    When the mop is lifted upward, the squeezer rotates upward, increasing the width

of the squeezing port. This releases pressure on the mop and allows the mop to be pulled out

more easily.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



when mop moves <u>downward</u>, release the squeezer (increasing the width from the squeezer to the other side of port) and allows the mop to be pulled out easily

Figure 2B. Cleaning tool in operation, mop up

21.    Figure 3 presents a top view of the accused products in an operating state. The mop is inserted into the squeezing water section and contacts the bottom of the mop bucket.

22.    The length of the mop head does not exactly match the height from the squeezer to the bottom of the mop bucket. There is approximately a 1 cm difference (increasing to about 2 cm when the mop cloth is attached), which causes the mop head to extend beyond the squeezer. This height difference ensures that the mop will not be blocked or jammed by the squeezer when the mop is pulled upward.

COMPLAINT FOR DECLARATORY JUDGMENT    -8-

Figure 3. Cleaning tool with the mop contacting the bottom of the bucket

### COUNT I – DECLARATORY JUDGMENT OF
### NON-INFRINGEMENT OF THE '900 PATENT

23.    Yan Yu Meng Sheng restates and reincorporates the allegations set forth in Paragraphs 1 through 22 as if fully set forth herein.

24.    Yan Yu Meng Sheng does not make, use, sell, offer to sell, or import any product that practices every element of any claim of the '900 patent, at least because Yan Yu Meng Sheng does not make, use, sell, offer to sell, or import any product that includes at least the following exemplary limitations: "during squeezing, the mop head and the mop rod is inserted into the squeezing port, and the flat mop is capable of moving up and down into squeezing water section through the squeezing port to squeeze water out of the wiper by the squeezer;" and "during squeezing or cleaning, the flat mop moves down until the mop head touching a bottom of the mop bucket, a length of the mop head is matched with a height from the bottom of the mop bucket touching the mop head to the squeezer, so that when the flat mop is inserted into the squeezing port to squeeze for cleaning the wiper or squeeze water out of the wiper, the wiper will be fully cleaned or squeezed."

COMPLAINT FOR DECLARATORY JUDGMENT    -9-

1

2

25.     The following claim chart provides examples of Yan Yu Meng Sheng's non-

infringement contention, using the Mop and Bucket with ASIN B0DPWDQKLS or

B0DPWGYKK3.

| '900 Patent | Exemplary Evidence of Non-infringement: Mop and Bucket |
|---|---|
| **1.[Preamble]** A cleaning tool, comprising: | |
| **1[a]** a flat mop, a mop bucket, and a squeezing device at the top of the mop bucket, wherein | |
| **1[b]** the flat mop comprises a mop rod, a mop head, and a wiper, a front surface of the mop head rotatably attached to the mop rod, and the wiper is disposed on a back surface of the mop head; | |
| **1[c]** the mop bucket has a cleaning section and a squeezing water section being physically independent and separated with each other; | |
| **1[d]** the squeezing device comprises a frame and a squeezer, the squeezer is installed on the frame, the frame has a squeezing port for receiving the flat mop, and the squeezer is provided in a side | |

| '900 Patent | Exemplary Evidence of Non-infringement: Mop and Bucket |
|---|---|
| of the squeezing port for squeezing the wiper; | |
| **1[e]** during cleaning and during squeezing, the mop head is rotated into a direction where a length of the mop head is along with a length of the mop rod; | |
| **1[f]** during cleaning, the mop head and the mop rod is inserted into the squeezing port, and the flat mop is capable of moving up and down into the cleaning section through the squeezing port to squeeze for cleaning the wiper by the squeezer; | |
| **1[g]** during squeezing, the mop head and the mop rod is inserted into the squeezing port, and the flat mop is capable of moving up and down into squeezing water section through the squeezing port to squeeze water out of the wiper by the squeezer; and | **Different**<br><br>The Accused Products do not squeeze the mop during upward movement, and thus do not satisfy feature 1[g].<br><br>Accused Products - The squeezer applies pressure only when the mop moves downward; when the mop moves upward, the squeezer rotates away and widens the port to release pressure.<br><br>Feature 1[g] – In contrast, feature 1[g] requires the squeezer to remove water from the mop during both downward *and* upward movement. |

COMPLAINT FOR DECLARATORY JUDGMENT    -11-

| '900 Patent | Exemplary Evidence of Non-infringement: Mop and Bucket |
|---|---|
|  | For example, referring the specification of '900 patent below: <br><br> *"when the mop head of the flat mop is removably inserted into the squeezing device, the squeezing device presses against the wiper on the mop head and scrapes the wiper on the mop head."* (column 2, lines 33-36 of specification of '900 patent) <br><br> *In order to achieve better cleaning and squeezing effects, generally, the mop head **4** moves vertically relatively to the squeezing device **7**, that is, the mop head **4** moves up and down in its axial direction. Therefore, relative movement is generated between the mop head **4** and the squeezing device **7**, so that the wiper on the mop head **4** moves in relative to and against the squeezer **11** of the squeezing device **7** for cleaning or squeezing.* (column 11, lines 51-58 of specification of '900 patent) |
| **1[h]** during squeezing or cleaning, the flat mop moves down until the mop head touching a bottom of the mop bucket, a length of the mop head is matched with a height from the bottom of the mop bucket touching the mop head to the squeezer, so that when the flat mop is inserted into the squeezing port to squeeze for cleaning the wiper or squeeze | **Different** <br><br> In the Accused Products, the length of the mop head is not matched with the height from the bottom of the bucket to the squeezer. Accordingly, the Accused Products do not satisfy feature 1[h]. <br><br> Accused Products - The length of the mop head *does not match* the height from the squeezer to the bottom of the mop bucket. There is about a 1 cm gap (increasing to ~2 cm with the mop cloth attached), causing the mop head to extend slightly beyond the squeezer. Consequently, the |

COMPLAINT FOR DECLARATORY JUDGMENT     -12-

| '900 Patent | Exemplary Evidence of Non-infringement: Mop and Bucket |
|---|---|
| water out of the wiper, the wiper will be fully cleaned or squeezed. | squeezer will not block or jam the mop when it is pulled up.  Figure 3. Cleaning tool with the mop contacting the bottom of the bucket<br><br>Feature 1[h] – In contrast, feature [1h] requires the mop head length *matches* the height from the squeezer to the bottom of the bucket. |

26.    The Mop and Bucket does not infringe independent claim 1 of '900 patent at least because it does not include the exemplary limitations: "during squeezing, the mop head and the mop rod is inserted into the squeezing port, and the flat mop is capable of moving up and down into squeezing water section through the squeezing port to squeeze water out of the wiper by the squeezer;" and "during squeezing or cleaning, the flat mop moves down until the mop head touching a bottom of the mop bucket, a length of the mop head is matched with a height from the bottom of the mop bucket touching the mop head to the squeezer, so that when the flat mop is inserted into the squeezing port to squeeze for cleaning the wiper or squeeze water out of the wiper, the wiper will be fully cleaned or squeezed."

27.    The remaining claims of the '900 patent (dependent claims 2-16) are not infringed at least because they all depend from claim 1, which is not infringed for at least the reasons noted above.

28.    Bosheng's infringement allegation has caused, and continues to cause, immediate and irreparable harm to Yan Yu Meng Sheng. For example, Bosheng's purported enforcement of the '900 patent has placed Yan Yu Meng Sheng's Mop and Bucket at imminent risk of removal from Amazon's platform, which is significantly harming Yan Yu Meng Sheng's business operations on Amazon.

29.    There is an actual and justiciable controversy between Bosheng and Yan Yu Meng Sheng arising under the Patent Act, 35 U.S.C. §§ 1, et. seq., regarding Bosheng's allegation made in the APEX agreement that Yan Yu Meng Sheng's Mop and Bucket infringes the '900 patent.

30.    Yan Yu Meng Sheng is entitled to a judicial declaration that it has not and does not infringe directly or indirectly, by inducement or by contribution, or under the doctrine of equivalents, any valid, enforceable claim of the '900 patent.

**PRAYER FOR RELIEF**

WHEREFORE, Yan Yu Meng Sheng prays that the Court enter judgment in its favor and against Bosheng as follows:

A.    Enter judgment in favor of Yan Yu Meng Sheng on all claims;

B.    Declaring that Yan Yu Meng Sheng does not infringe the claims of the '900 patent;

C.    Preliminary and permanent injunctions ordering Bosheng to withdraw its enforcement actions against Yan Yu Meng Sheng at Amazon.

1           D.     Awarding Yan Yu Meng Sheng the economic losses due to the enforcement

2    actions based on the '900 patent at Amazon;

3           E.     Awarding Yan Yu Meng Sheng such other and further relief as this Court deems

4

5    just and proper.

6

7    Dated this July 21, 2025               Respectfully submitted,

8                                                /s/ *Alexander B. Englehart*

9                                              Alexander B. Englehart (VA Bar No. 76691)

10                                             MERCHANT & GOULD P.C.
1900 Duke Street, 6th Floor

11   Alexandria, Virginia 22314
Phone: (703) 684-2500

12   Fax: (612) 332-9081
aenglehart@merchantgould.com

13

14   *Counsel for Plaintiff*
*Shaanxi Yan Yu Meng Sheng Co., Ltd.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DECLARATORY JUDGMENT   -15-